(76 South. 409)

PUTNAM v. STATE.   (7 Div. 468.)

(Court of Appeals of Alabama. June 12, 1917.)

Appeal from Circuit Court, Cleburne County; Hugh D. Merrill, Judge.

Mans Putnam was convicted of the offense of using abusive language, and appeals. Affirmed.

S. W. Tate, of Anniston, for appellant. W. L. Martin, Atty. Gen., for the State.

BRICKEN, J. The defendant was indicted, tried, and convicted for the offense of abusive language. The questions raised on this appeal are identical with the questions raised in the companion case against the same defendant. Mans Putnam v. State, ante, p. 171, 76 South. 408, present term. Under the authority of that case, the judgment of the lower court is affirmed.

Affirmed.